# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director*
*and Attorney-in−Chief*

Southern District of New York

> Application for extension denied as moot, as
> counsel already filed the submission.
>
> SO ORDERED.
>
> _[signature]_
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> July 24, 2023

The Honorable Philp M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601-4150

Re:  United States v. Mario Elpidio Chavez Millan,
23 MJ 5426

Dear Honorable Halpern:

I am writing in relation to Your Honor's July 20, 2023 order requiring me to respond to the government's bail appeal by noon today.  I had hoped to be able to meet the Court's deadline, but the fast-paced nature of this litigation (which is appropriate), combined with events in my own personal life,[1] will make it very difficult for me to meet this deadline.  As such, I respectfully request permission to file my response by 5:00pm today.[2]

I have reached out to AUSA David Markewitz to determine the government's position regarding this request, but Mr. Markewitz was not able to immediately respond to my request.[3]

Thank you for  your consideration.

Respectfully submitted,

_[signature]_

Benjamin Gold
Assistant Federal Defender

cc:  David A. Markewitz, Assistant United States Attorney

---

[1] Typically, I am able to work at night and in the early morning, but child-care responsibilities rendered me unavailable this morning and on the evening of July 20th.

[2] I will attempt to file my response by 2:00pm.

[3] I only e-mailed Mr. Markewitz at 10:49am, so it is not surprising that he has not yet been able to get back to me.