UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                                               **ORDER**

MARIO ELPIDIO CHAVEZ MILLAN,                   23-MJ-05426

                        Defendant.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for the Government, and the Defendant together with his counsel, appeared today for a bail appeal hearing in person in Courtroom 520.

      Based upon the parties' written submissions and after hearing argument from the parties, for the reasons indicated on the record and law cited therein, the Government's bail appeal (Doc. 7) is GRANTED. The July 14, 2023 Order of Magistrate Judge Reznik which released Defendant to reside in New Mexico is VACATED and the Defendant will be detained pending trial on the grounds that he presents a risk of flight.

      See transcript.

      The Clerk of Court is respectfully directed to terminate the pending motion (Doc. 7).

      The Defendant is remanded to the custody of the United States Marshal.

                                **SO ORDERED.**

Dated: White Plains, New York
         July 26, 2023

                                              _____
                                              Philip M. Halpern
                                              United States District Judge