UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                                                          **ORDER**

MARIO ELPIDIO CHAVEZ MILLAN,                                     23-MJ-05426

                                 Defendant.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      On July 14, 2023, Magistrate Judge Reznik entered an Order which, *inter alia*, imposed conditions of Defendant's release including that a $100,000 bond be entered, secured by $10,000 in cash and cosigned by 4 financially responsible persons. On July 26, 2023, this Court granted the Government's bail appeal and vacated Judge Reznik's July 14th Order, including the bond.

      The Finance Department has advised that it received a $10,000 check representing the aforementioned cash bond that has not yet been deposited with the Court. As the bond has been vacated, the Court hereby directs the Finance Department to return the check to the suretor.

      Accordingly, IT IS HEREBY ORDERED that the cash bond posted by the surety designated below in the amount of Ten Thousand ($10,000) Dollars, is hereby exonerated; and it is further

      ORDERED that the Clerk of Court shall release and return forthwith the aforesaid posted cash bond to the following surety:

      Name of Surety: Gabriel Chavez
      Address: 2718 Rio Bravo Blvd SW, Trailer 29, Albuquerque, NM 87105.

**SO ORDERED.**

Dated: White Plains, New York
           July 31, 2023

                                                                              Philip M. Halpern
                                                                                United States District Judge